IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KENNETH REYNOLDS JONES**                                          **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO. 1:08cv1318HSO-JMR**

**CITY OF PICAYUNE, MISSISSIPPI, et al.**                       **DEFENDANTS**

## FINAL JUDGMENT

This cause came on this date to be heard upon the Report and Recommendation [64] of Chief United States Magistrate Judge John M. Roper entered on June 1, 2010, together with Kenneth Reynolds Jones' Objection [65] to same.  The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed.  Accordingly,

**IT IS, ORDERED AND ADJUDGED** that, the Motion for Summary Judgment [57] of Defendants City of Picayune, Mississippi, Michael Odom, Jim Luke, Holly Krantz, and Daniel Davis, pursuant to Federal Rule of Civil Procedure 56**,** should be, and hereby is, **GRANTED**.  Plaintiff's excessive force claim is dismissed with prejudice to its being asserted again until the *Heck* conditions are met, and Plaintiff's remaining claims against Defendants are dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 17th day of November, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE